**FILED**

CLERK, U.S. DISTRICT COURT

**5/4/26**

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Mohamad Nabil Hegab (Pro Se)
Plaintiff

v.

Avery Austin
Defendant

**Case No.: 2:26-cv-04494**

## COMPLAINT FOR COPYRIGHT INFRINGEMENT AND INJUNCTIVE RELIEF

### 1. Jurisdiction

This action arises under the Copyright Act of the United States, 17 U.S.C. §101 et seq. This Court has jurisdiction under 28 U.S.C. §1331.

### 2. Parties

Plaintiff, Mohamad Nabil Hegab, is the owner of original copyrighted video content published on YouTube. Defendant, Avery Austin, reproduced and distributed Plaintiff's copyrighted work without authorization.

### 3. Facts

Plaintiff created and owns original video content protected under U.S. copyright law. Defendant, without permission, reproduced, uploaded, and distributed Plaintiff's copyrighted content on YouTube.

The infringing content is located at:

http://www.youtube.com/watch?v=vxPkAvvKil0

This use is unauthorized and constitutes infringement of Plaintiff's exclusive rights.

### 4. Claim for Relief

Defendant has infringed Plaintiff's copyright in violation of 17 U.S.C. §106 by reproducing, distributing, and publicly displaying the copyrighted work without permission.

### 5. Prayer for Relief

Plaintiff respectfully requests that the Court:

1. Issue an injunction requiring Defendant to remove the infringing content identified above;
2. Issue an order preventing Defendant from further reproducing or distributing Plaintiff's copyrighted work;
3. Grant such other and further relief as the Court deems just and proper.

### 6. Signature

Mohamad Nabil Hegab
Plaintiff (Pro Se)
Date: 4 May 2026