UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-4494 PA (AYPx) | Date | September 10, 2026 |
| Title | Mohamad Nabil Hegab v. Avery Austin | | |

Present: The Honorable PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Deputy Clerk | Court Reporter | Tape No. |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On August 3, 2026 the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution based on the apparent failure of plaintiff Mohamad Nabil Hegab ("Plaintiff") to serve the summons and complaint on defendant within 90 days after the complaint was filed pursuant to Fed. R. Civ. P. 4(m). (Docket No. 23.) Plaintiff's response to the Order to Show Cause was due by no later than August 13, 2026. On August 6, 2026, the mail containing the Court's Order to Show Cause was returned. (Docket No. 24.) The Clerk's office has been instructed to resend the mail containing the Order to Show Cause. In order to provide sufficient time for a response, however, the Court also continues the date by which Plaintiff must file a written response to September 21, 2026.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.